# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Shanda Willette Tate, *Plaintiffs* v. Seminique Ingram, Property Management; Jimmy Papers, Regional Manager; Rosetta Dixon, Relocation Manager; Wendy Goodwin, Administrative Pinnacle Living; Teresa Hunter, Assistant Administrative; Pinnacle Living; Harry A Bird, Jr., SHA-7 Managing Member, *Defendants* | Civil Action No.  7:18-cv-02005-DCC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Shanda Willette Tate, shall take nothing of the defendants, Seminique Ingram, Jimmy Papers, Rosetta Dixon, Wendy Goodwin, Teresa Hunter, Pinnacle Living, and Harry A Bird, Jr., from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins, Jr., United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Jacquelyn D. Austin, United States Magistrate Judge, which recommended dismissing the complaint with prejudice.

Date: December 13, 2018

ROBIN L. BLUME, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*